**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

In re:                                                    Chapter 13

    **Adaeze Agu**                               Case No.:      **24-22913-cgm**

                      **Debtor.**
--------------------------------------------------------------------X

### ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 521(i)(1)

The Debtor having failed to file bankruptcy schedules required by 11 U.S.C. §

521(a)(1) within 45 days of the petition date in this case, it is hereby

**ORDERED**, that this case is dismissed pursuant to 11 U.S.C. § 521(i)(1).

/s/ Cecelia G. Morris



**Dated: January 16, 2025**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**